PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| HERMAN J. THIELE, II, | ) | |
| | ) | CASE NO. 1:16CV942 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY ADMINISTRATION, | ) | |
| | ) | **MEMORANDUM OF OPINION** |
| Defendant. | ) | **AND ORDER** |

An Administrative Law Judge ("ALJ") denied Plaintiff Herman J. Thiele, II's application for Period of Disability and Disability Insurance Benefits after a hearing in the above-captioned case.  That decision became the final determination of the Commissioner of Social Security when the Appeals Council denied Plaintiff's request to review the ALJ's decision.  The claimant sought judicial review of the Commissioner's decision, and the Court referred the case to Magistrate Judge Jonathan D. Greenberg for preparation of a Report and Recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.2(b)(1).  On March 10, 2017, the magistrate judge submitted a Report (ECF No. 22) recommending that the Court affirm the Commissioner's decision.  ECF No. 22 at PageID #: 830.

Fed. R. Civ. P. 72(b)(2) provides that objections to a report and recommendation must be filed within fourteen days after service.  Neither Plaintiff nor Defendant have filed objections, evidencing satisfaction with the magistrate judge's recommendations.  Any further review by this

(1:16CV942)

Court would be a duplicative and inefficient use of the Court's limited resources.  *Thomas v. Arn*, *728 F.2d 813 (6th Cir. 1984)*, *aff'd*, *474 U.S. 140 (1985)*; *Howard v. Secretary of Health and Human Services*, *932 F.2d 505 (6th Cir. 1991)*; *United States v. Walters*, *638 F.2d 947, 949-50 (6th Cir. 1981)*.

Accordingly, the Court adopts the magistrate judge's Report and Recommendation and affirms the decision of the Commissioner of Social Security.


IT IS SO ORDERED.


  March 31, 2017                              /s/ Benita Y. Pearson
Date                                        Benita Y. Pearson
                                            United States District Judge

2